## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dixon, Carol | Case Number:  05 B 20621 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/11/08 | Filed:  5/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  November 29, 2007

Confirmed:  September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,533.40 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,417.20 |
| Priority: | | 1,206.51 |
| Administrative: | | 1,600.00 |
| Trustee Fee: | | 282.76 |
| Other Funds: | | 26.93 |
| Totals: | 5,533.40 | 5,533.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 1,600.00 | 1,600.00 |
| 2. | USA One National Credit Union | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 1,206.51 | 1,206.51 |
| 4. | America's Financial Choice Inc | Unsecured | 190.18 | 52.36 |
| 5. | CB USA | Unsecured | 74.22 | 17.88 |
| 6. | United Student Aid Funds Inc | Unsecured | 6,390.15 | 2,042.54 |
| 7. | Internal Revenue Service | Unsecured | 9.89 | 0.00 |
| 8. | Nicor Gas | Unsecured | 181.88 | 50.08 |
| 9. | Jefferson Capital | Unsecured | 795.71 | 254.34 |
| 10. | National Title Loans Inc | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | American Recovery System | Unsecured | | No Claim Filed |
| 13. | One Click Cash | Unsecured | | No Claim Filed |
| 14. | Zip Cash | Unsecured | | No Claim Filed |
| 15. | Tremont Financial | Unsecured | | No Claim Filed |
| 16. | US Fast Cash | Unsecured | | No Claim Filed |
| 17. | No Fxing Payday Loan.Com | Unsecured | | No Claim Filed |
| 18. | United Cash Loans | Unsecured | | No Claim Filed |
| | | | $ 10,448.54 | $ 5,223.71 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dixon, Carol

Printed: 11/11/08

Case Number:  05 B 20621

Judge:  Wedoff, Eugene R

Filed:  5/23/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 127.03 |
| 5% | 23.68 |
| 4.8% | 120.17 |
| 5.4% | 11.88 |
| | $ 282.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

